## DECLARATION OF ERIC FEY

I, Eric W. Fey, declare as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I am currently employed as the Democratic Director of Elections at the St. Louis County Board of Elections. I have been in that position for one and a half years. In that position, along with my Republican counterpart, I supervise voting, including absentee voting, for all St. Louis County voters.

3. In St. Louis County, I anticipate that more than 2,500 people would request to vote absentee in person at the Election Board Office in the upcoming presidential election who are disabled and would benefit from the use of the touch-screen voting machines.

4. Our Election Board has 1,800 touch-screen voting machines. During the last presidential election in 2012, we used as many as 50 touch-screen machines at the Election Board office for absentee voting.

5. We have programmed our touch-screen machines for the November 8, 2016, election. These machines will be able to use an audio recording of the ballot for use by the visually impaired and those with other disabilities. In addition, the audio recording of the ballot is available to be used during absentee voting, which began September 27.

6. We programmed the machines for the audio version of the ballot using in-house staff, and it only took one day to have the machines made ready for the audio version.

7. The touch-screen machines are also ready for use during absentee voting by other voters who have other disabilities.

8. We are making the touch-screen voting machines available during the absentee voting period to any person with a disability who requests to use a touch-screen machine.



9. In my experience, there are many people who require the touch-screen machines to be able to vote independently and privately due to advanced age, paralysis, developmental disabilities, neurological problems, visual impairments, and other disabilities.

10. The Election Board is able, without fundamental alteration of our program, to make the touch-screen machines available during federal, state and local elections, on election day, and has voted to adopt that as its policy.

11. The Election Board is able, without fundamental alteration of our program, to make the touch-screen machines available during absentee voting for federal, state and local elections for the disabled, and has voted to adopt that as its policy.

12. The State of Missouri receives federal grant money under the Help America Vote Act to make accessible voting machines available for federal elections. St. Louis City and St. Louis County are among the jurisdictions which receive money to purchase the machines and in fact have purchased such machines with the federal funds.

13. By providing the touch-screen machines for voting both on election day and absentee, we preserve the rights of those with disabilities to vote independently and privately.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 9-29-16

Eric W. Fey

HEBA A. MOUSSA
My Commission Expires
April 14, 2019
St. Louis County
Commission #15634772