## DECLARATION OF CHRISTOPHER GRAY

I, Christopher Gray, declare as follows:

1. I am over 18 years of age and am competent to make this declaration.

2. I am the Executive Director of the Missouri Council of the Blind, a Missouri nonprofit organization that advocates for blind Missourians.

3. I am legally blind, and have been since birth.

4. I am a registered voter in the City of St. Louis.

5. I intend to vote in the 2016 presidential election this fall and I intend to vote during the absentee period at the Election Board office.  I want to use a touch-screen accessible machine that has an audio ballot.

6. I am unable to vote using a paper ballot due to my blindness.

7. I am able to vote independently and privately using a touch-screen voting machine which has an audio program that reads the ballot to me.

8. I desire to vote without any other person assisting me so as to preserve the confidential nature of my vote.

9. I am personally aware of many other members of our organization who want to vote absentee using the accessible touch-screen machines.

10. I have learned that the St. Louis City Election Board does not plan to have the touch-screen voting machines available during absentee voting at its office for the 2016 federal election, and for upcoming municipal and state elections.  That would force me to use an aide to help me vote which would violate my right to vote like everyone else, in private and independently.



11. People without disabilities are able to vote absentee for various reasons and that right should be given to people with disabilities as well.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 9/28/2016

Christopher Gray