# DECLARATION OF WILLIAM MARK KOPPELMANN

I, William Mark Koppelmann, declare as follows:

1. I am over 18 years of age and am competent to make this declaration.
2. I am 73 years old, and am retired from my job as a darkroom technician developing x-rays at hospitals.
3. I am legally blind, and have been since birth.
4. I am a resident of the City of St. Louis and a registered voter in the City of St. Louis.
5. I intend to vote in the presidential election this fall and I intend to vote absentee. I desire to use a touch-screen accessible voting machines at the Election Board office, one that includes an audio ballot.
6. I have been voting absentee since moving to St. Louis. I plan to vote absentee in all elections, whether they are federal, state or local.
7. I am unable to vote using a paper ballot due to my blindness.
8. I am able to vote independently and privately if I can use a touch-screen voting machine which has an audio program that reads the ballot to me.
9. I desire to vote without any assistance from anyone else assisting me so as to preserve the confidential nature of my vote.
10. It is my understanding that the City Election Board does not plan to have the touch-screen voting machines available during absentee voting at its office. That would force me to use an aide to help me vote which would violate my right to vote in private and independently like other people without disabilities.



EXHIBIT 3

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 9-29-16

_____
William Mark Koppelmann