# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET
## CIVIL PROCEEDINGS

**Date** September 30, 2016    **Judge** Audrey G. Fleissig    **Case No:** 4:16cv1548 AGF
Gray et al                              v.  St. Louis City Board of Elections
**Court Reporter** S. Moran         **Deputy Clerk** K. Battle
**Attorney(s) for Plaintiff(s)** Brendan Roediger, John Ammann, & Susan Eckles
**Attorney(s) for Defendants(s)** Matthew Jacober & Patricia Silva

**Parties present for a** Temporary Restraining Order (Doc # [2]). Arguments heard from counsel. Motion granted. Order Issued and read before court. Preliminary Injunction scheduled for October 13, 2016 at 2:00pm.

**Proceedings commenced** 1:53pm    **Proceedings concluded** 3:27pm