IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Christopher Gray and <br> William Mark Koppelmann, <br>     Plaintiffs, <br><br> vs. <br><br> St. Louis City Board of Election <br> Commissioners, <br><br>     Defendant. | Case No.  4:16-cv-01548-AGF |

## **JOINT STIPULATION OF DISMISSAL**

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of this action with prejudice.

                                        Respectfully Submitted,

/s/ John J. Ammann  
John J. Ammann, Mo Bar # 34308  
Brendan Roediger, Mo Bar # 60585  
J.Thomas Mihalczo, Rule 13  
Catherine Aubuchon, Rule 13  
Saint Louis University Legal Clinic  
100 North Tucker, Suite 704  
St. Louis, Mo.  63101  
314-977-2778; 314-977-1180 fax  
ammannjj@slu.edu  

/s/ Susan K. Eckles  
Susan K. Eckles, Mo Bar # 38641  
Vincent K. Heitholt, Mo Bar # 68129  
Todd R. Romkema, Mo Bar # 68604  
Missouri Protection and Advocacy Services  
2000 Innerbelt Business Center Drive  
Overland, Mo  63114  
(314) 256-9611; (314) 785-1707 fax  
susan.eckles@mo-pa.org  

On behalf of Plaintiffs

/s/ Matthew A. Jacober  
Matthew A. Jacober  Mo Bar #51585  
Patricia Silva   Mo Bar # 67213  
Lathrop & Gage, LLP  
Pierre Laclede Center  
7701 Forsyth Blvd., Ste. 500  
Clayton, Mo.  63105  

On behalf of Defendant

Case: 4:16-cv-01548-AGF   Doc. #: 14   Filed: 10/13/16   Page: 2 of 2 PageID #: 153